DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARL L. KENNEDY, II,**
Appellant,

v.

**POMPANO SENIOR SQUADRON FLYING CLUB, INC.,**
Appellee.

No. 4D21-2222

[November 4, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE20-005993 (08).

Ron Renzy of Wallberg & Renzy, P.A., Coral Springs, for appellant.

Edward F. Holodak of Edward F. Holodak, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***